IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, )  ) Plaintiff, ) ) v. ) ) TRANS UNION, OCWEN LOAN SERVICING, ) LLC, and CHASE, )  ) Defendants. ) | Civil No. 3:14-cv-2410 Judge Trauger Magistrate Judge Brown |

## **O R D E R**

On August 3, 2015, the Magistrate Judge issued a Report and Recommendation (DE #106), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The plaintiff's motion to stay pending the completion of discovery (DE #75) is DENIED;

2. The Motion to Dismiss filed by Defendant JPMorgan Chase Bank N.A. (DE #23) is GRANTED;

3. The Motion to Dismiss filed by Defendant Ocwen Loan Servicing, LLC (DE #26) is GRANTED; and

4. The Motion for Judgment on the Pleadings filed by Defendant Trans Union, LLC (DE #62) is DENIED AS MOOT, in light of the settlement between the plaintiff and this defendant (DE #109).

This order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 10th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge