UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| v. ) | NO. 3:14-2410 |
| ) | JUDGE TRAUGER |
| TRANS UNION,, et al ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/10/2015.

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk